UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUNIL KUMAR,

Petitioner,

v.

KRISTI NOEM,[1] et al.,

Respondents.

No. 1:26-cv-03982-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 8)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 8.) Specifically, the magistrate judge found that petitioner is subject to discretionary detention pursuant to 8 U.S.C. § 1226(a), not 8 U.S.C. § 1225(b)(2) as respondents argue, because he was previously released from immigration custody on recognizance and subsequently re-

[1] Pursuant to Rule 25(d): (1) Todd Blanche, as acting Attorney General, automatically substitutes in place of respondent Pamela Bondi; (2) Markwayne Mullin, as Secretary of the Department of Homeland Security, automatically substitutes in place of respondent Kristi Noem; and (3) David Venturella, as acting Director of Immigration and Customs Enforcement, automatically substitutes in place of Todd Lyons. Fed. R. Civ. P. 25(d) ("The officer's successor is automatically substituted as a party.").

detained after residing in the United States for over three years. (*Id.* at 4–7.) The magistrate judge also concluded that petitioner's re-detention without a pre-deprivation hearing violated due process. (*Id.* at 7–11.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 12–13.) On July 29, 2026, respondents filed their objections, which are comprised of a single sentence stating that they object to the findings and recommendation for the same reasons raised in their prior briefing. (Doc. No. 9.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 23, 2026 (Doc. No. 8) are ADOPTED;
2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Sunil Kumar, A-File No. 246-267-323, from respondents' custody;
    b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing respondents will bear the burden to demonstrate that petitioner is a danger to the community or a flight risk by clear and convincing evidence;
3. The Clerk of the Court is directed to substitute Todd Blanche in place of respondent Pamela Bondi, substitute Markwayne Mullin in place of respondent Kristi Noem, and substitute David Venturella in place of respondent Todd Lyons;

/////

4. The Clerk of Court is directed to serve the Golden State Annex Detention Facility with a copy of this order; and

5. The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

DATE: July 30, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE